PHYLLIS HOFFMAN v. JEFFREY AND BEATRICE ADLER.

December 19, 1984.

Petition for certification denied.

IN THE MATTER OF THE PAROLE APPLICATION OF
EVELYN LOWITT.

December 20, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD GRIFFITH.

December 20, 1984.

Petition for certification denied.